

BENJAMIN B. WAGNER
U.S. Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

FILED

MAR 14 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   MAG. NO.  12-070-efb
             Plaintiff,             )
     v.                             )
                                    )   MOTION TO DISMISS COMPLAINT
MICHAEL SCOTT HEARON,               )   AND (proposed) ORDER
             Defendant.             )
_____)

**MOTION**

HEREBY, the United States moves that this Court enter an order, pursuant to Fed. R. Crim. Pro. 48(a), to dismiss without prejudice the complaint for Unlawful Flight to Avoid Prosecution in the above referenced case, CR No 12-070-efb, against defendant HEARON.

DATED: 3/14/12                      BENJAMIN WAGNER
                                    U.S. Attorney
                                            /s/ Michelle Rodriguez
                                    By_____
                                       MICHELLE RODRIGUEZ
                                       Assistant U.S. Attorney

**ORDER**

The United States' motion to dismiss without prejudice the underlying UFAP complaint in the above referenced case, MAG No 12-070-efb against defendant Hearon is GRANTED.

DATED:  3-14-2012                   _____
                                    HON. EDMUND F. BRENNAN
                                    U.S. MAGISTRATE JUDGE